AO 442 (Rev. 12/10) Warrant for Arrest

SEALED

# United States District Court

_____ NORTHERN _____ DISTRICT OF _____ TEXAS _____

UNITED STATES OF AMERICA

V.

**WARRANT FOR ARREST**

CHRISTOPHER A. FAULKNER

CASE NUMBER: 3-18-MJ-

To: The United States Marshal
and any Authorized United States Officer:

**3-18MJ407-BT**

YOU ARE HEREBY COMMANDED to arrest CHRISTOPHER A. FAULKNER
and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense):

Securities Fraud and Mail fraud in connection with the offer and sale of fractionalized working interests in the oil-and-gas prospects and Money Laundering

in violation of Title 15, United States Code, Sectionss 77q(a) and 77x, and Title 18, United States Code, Sections 1341, 1957, and 2.

Rebecca Rutherford
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

June 15, 2018, Dallas, Texas
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Office

| RETURN |
| --- |
| This warrant was received and executed with the arrest of the above named defendant at |

| DATE RECEIVED<br>6-15-2018<br>6-18-2018<br>DATE OF ARREST | NAME AND TITLE OF ARRESTING OFFICER<br>Special Agent James R Bridges | SIGNATURE OF ARRESTING OFFICER<br>James R Bridges |
| --- | --- | --- |

AO 442 (Rev. 12/10) Warrant for Arrest

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:   Christopher A. Faulkner

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH:   12/06/1976

SOCIAL SECURITY NUMBER:   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

HEIGHT:

WEIGHT:

SEX:   Male                                           RACE:   White

HAIR:                                                       EYES:

SCARS, TATTOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS:   FBI-Dallas, IRS-CI Dallas