# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

No. 18-11089
Summary Calendar
_____

D.C. Docket No. 3:18-MJ-407-1

United States Court of Appeals
Fifth Circuit

**FILED**
December 6, 2018

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

CHRISTOPHER A. FAULKNER,

    Defendant - Appellant

Appeal from the United States District Court for the
Northern District of Texas

Before KING, SOUTHWICK, and ENGELHARDT, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.



**Certified as a true copy and issued
as the mandate on Dec 28, 2018**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

## United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

December 28, 2018

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 18-11089   USA v. Christopher Faulkner
                           USDC No. 3:18-MJ-407-1

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                          Sincerely,

                                          LYLE W. CAYCE, Clerk

                                          By: _____
                                          Debbie T. Graham, Deputy Clerk

cc:
    Mr. James Wesley Hendrix
    Mr. Brian Daniel Poe